UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM GASPARD AND<br>ANGELINE GASPARD | CIVIL ACTION |
| VERSUS | NO. 12-804 |
| DET NORSKE VERITAS, INC., ET AL. | SECTION "N" (5) |

## ORDER AND REASONS

Presently before the Court is a motion for summary judgment (Rec. Doc. 192) filed by Defendant Jacobs Engineering Group, Inc. Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a contested motion be filed eight days prior to the date the motion is be taken under submission. No memorandum in opposition to Defendant's motion, which was set to be taken under submission on January 6, 2016, has been filed to date. Accordingly, given that the motion has not been opposed, **IT IS ORDERED** that the motion (Rec. Doc. 192) is hereby **GRANTED** such that Plaintiffs' claims against Defendant Jacobs Engineering Group, Inc. are **DISMISSED WITH PREJUDICE**.

Any motion for reconsideration of the Court's rulings set forth herein must be filed within fourteen (14) days of the date that this Order is entered by the Clerk of Court and must be accompanied by an opposition memorandum to Defendant's original motion for summary judgment. Additionally, because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, all costs incurred in connection with Defendant's motions,

including attorneys' fees, will be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the submission date of any motion for reconsideration that is filed.

New Orleans, Louisiana, this 20th day of January 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE